No. 2020. RAYSOR *v.* BERKELEY COUNTY RAILWAY AND LUMBER COMPANY. November Term, 1886. Plaintiff was employed by defendant at a salary of $100 a month. Prior to January, 1885, he demanded of the superintendent an increase of $25 a month, after January, or he would leave. The superintendent promised an answer in a few days, but did not answer for several months, when he informed plaintiff that his salary had been increased to $125 a month from May 1. This was an action to recover $75—from February 1 to May 1—the balance of salary having been paid. The claim was sustained by the trial justice, and by Judge Witherspoon on appeal to the Circuit Court. This court reversed the judgment below, holding that there was no assent by defendant to the increase of salary sued for. OPINION by MR. JUSTICE McGOWAN, March 19, 1887. *C. E. Carrere,* for appellant. *C. W. Boyle,* contra.

No. 2022. MILLING *v.* SANDERS. November Term, 1886. This was an action by plaintiff as receiver of the assigned estate of one Whiteheart (who had made a general assignment) to recover from the defendant, as sheriff of Sumter County, certain property levied upon by him—the plaintiff claiming the same as a part of the assigned estate. The case was heard by Judge Pressley, who granted a non-suit. *Held,* on appeal, that the non-suit was proper, there having been no evidence that the property levied upon by the sheriff was embraced in the assignment under which the plaintiff claimed. OPINION by MR. CHIEF JUSTICE SIMPSON, March 19, 1887. *J. P. McNeill,* for appellant. *Moises & Lee,* contra.